MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

FILED
JAN 06 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> JORGE MENDOZA, et al. <br><br> Defendants. | No. CR 10-00822-DLJ <br><br> STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXCLUDING TIME FROM JANUARY 12, 2012 TO FEBRUARY 9, 2012 |

    On the Court's motion, the next status hearing in this matter was moved from January 12, 2011, at 9:00 a.m., to February 9, 2011, at 9:00 a.m. The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., the defendant Alejandro Gonzales, represented by Curtis V. Rodriguez, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, request that time be excluded under the Speedy Trial Act from January 12, 2011 to February 9, 2011, to permit the parties the reasonable time necessary for effective preparation.

ORDER EXCLUDING TIME
Case No. CR 10-00822-DLJ

DATED: January 3, 2012

MELINDA HAAG  
United States Attorney

/s/  
Thomas A. Colthurst  
Assistant United States Attorney

/s/  
Robert W. Lyons, Esq.  
Counsel for Defendant Jorge Mendoza

/s/  
Curtis V. Rodriguez, Esq.  
Counsel for Defendant Alejandro Gonzales

### ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time between January 12, 2011 and February 9, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between January 12, 2011 and February 9, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 12, 2011 and February 9, 2011, shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: Jan 6, 2012

THE HONORABLE D. LOWELL JENSEN  
Senior United States District Judge