1 | MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408)-535-5065
  Fax: (408)-535-5066
  E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 10-CR-00822-DLJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [] ORDER CHANGING STATUS HEARING FROM FEBRUARY 9, 2012, AT 9:00 A.M TO MARCH 1, 2012 AT 9:00 A.M. AND EXCLUDING TIME FROM FEBRUARY 9, 2012 TO MARCH 1, 2012 |
| v. | ) | |
| JORGE MENDOZA , | ) | |
| Defendant. | ) | |

    The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently have scheduled before this Court a status hearing on February 9, 2012, at 9:00 a.m.  The parties request that the status hearing be rescheduled to March 1, 2012 at 9:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from February 9, 2012 to March 1, 2012, to permit the parties the reasonable time necessary for effective

////

////

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing

1  preparation and continuity of counsel.  The continuance is also necessary because Mr. Lyons will
2  be recovering from a medical procedure.
3  DATED: February 7, 2012                    MELINDA HAAG
                                               United States Attorney
4
5                                                     /s/
                                               Thomas A. Colthurst
6                                              Assistant United States Attorney
7
                                                      /s/
8                                              Robert W. Lyons, Esq.
                                               Counsel for Defendant JORGE MENDOZA
9
10                                         **ORDER**
11      Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY
12  ORDERED THAT the status hearing in this case be rescheduled from February 9, 2012, at 9:00
13  a.m. to March 1, 2012 at 9:00 a.m.
14      Based upon the representation of counsel and for good cause shown, the Court finds that
15  failing to exclude the time from February 9, 2012, through  March 1, 2012, would unreasonably
16  deny the defendant continuity of counsel and would deny counsel the reasonable time necessary
17  for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
18  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time
19  from February 9, 2012, through  March 1, 2012, from computation under the Speedy Trial Act
20  outweigh the best interests of the public and the defendant in a speedy trial.
21      Therefore, IT IS HEREBY FURTHER ORDERED that the time between February 9,
22  2012 and March 1, 2012, shall be excluded from computation under the Speedy Trial Act.  18
23  U.S.C. § 3161(h)(7)(A) and (B)(iv).
24  IT IS SO ORDERED.
25  DATED: 
                                               _____
26                                             THE HONORABLE D. LOWELL JENSEN
                                               Senior United States District Judge
27
28
*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing