1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, California 95113
       Telephone: (408)-535-5065
7      Fax: (408)-535-5066
       E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,        )   No. 10-CR-00822-DLJ
                                     )
15          Plaintiff,                )  STIPULATION AND []
         v.                          )   ORDER CHANGING STATUS HEARING
16                                   )   FROM MARCH 22, 2012, AT 9:00 A.M
    JORGE MENDOZA ,                  )   TO Crtkn'3; , 2012 AT 9:00 A.M. AND
17                                   )   EXCLUDING TIME FROM MARCH 22,
            Defendant.               )   2012 TO APRIL 19, 2012
18  _____ )

19

20

21      The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., and the

22  government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently

23  have scheduled before this Court a status hearing on March 22, 2012, at 9:00 a.m.  The parties

24  request that the status hearing be rescheduled to April 19, 2012 at 9:00 a.m., and that a time

25  exclusion order be issued that would exclude time under the Speedy Trial Act from March 22,

26  2012 to April 19, 2012, to permit the parties the reasonable time necessary for effective

27  ////

28  ////

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing

1  preparation and continuity of counsel.

2   DATED: March 20, 2012                    MELINDA HAAG
                                             United States Attorney
3

4                                            _____/s/_____
                                             Thomas A. Colthurst
5                                            Assistant United States Attorney

6

7                                            _____/s/_____
                                             Robert W. Lyons, Esq.
                                             Counsel for Defendant JORGE MENDOZA
8

9                                    **ORDER**

10       Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY

11  ORDERED THAT the status hearing in this case be rescheduled from March 22, 2012, at 9:00

12  a.m. to April 19, 2012 at 9:00 a.m.

13       Based upon the representation of counsel and for good cause shown, the Court finds that

14  failing to exclude the time from March 22, 2012, through April 19, 2012, would unreasonably

15  deny the defendant continuity of counsel and would deny counsel the reasonable time necessary

16  for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

17  3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time

18  from March 22, 2012, through April 19, 2012, from computation under the Speedy Trial Act

19  outweigh the best interests of the public and the defendant in a speedy trial.

20       Therefore, IT IS HEREBY FURTHER ORDERED that the time between March 22, 2012

21  and April 19, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §

22  3161(h)(7)(A) and (B)(iv).

23  IT IS SO ORDERED.

24  DATED: _____
                                             _____
25                                           THE HONORABLE D. LOWELL JENSEN
                                             Senior United States District Judge
26

27

28

*US v. Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing