1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408)-535-5065
7  Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,        )   No. 10-CR-00822-DLJ
                                    )
15         Plaintiff,               )   STIPULATION AND []
        v.                          )   ORDER CHANGING STATUS HEARING
16                                  )   FROM APRIL 19, 2012, AT 9:00 A.M TO
   JORGE MENDOZA ,                  )   MAY 10, 2012 AT 9:00 A.M. AND
17                                  )   EXCLUDING TIME FROM APRIL 19,
           Defendant.               )   2012 TO MAY 10, 2012
18 _____  )

19

20

21     The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., and the

22 government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently

23 have scheduled before this Court a status hearing on April 19, 2012, at 9:00 a.m.  The parties

24 request that the status hearing be rescheduled to May 10, 2012 at 9:00 a.m., and that a time

25 exclusion order be issued that would exclude time under the Speedy Trial Act from April 19,

26 2012 to May 10, 2012, to permit the parties the reasonable time necessary for effective

27 ////

28 ////

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing

1  preparation and continuity of counsel.

2   DATED: April 18, 2012                    MELINDA HAAG
                                             United States Attorney
3

4                                            _____/s/_____
                                             Thomas A. Colthurst
5                                            Assistant United States Attorney

6

7                                            _____/s/_____
                                             Robert W. Lyons, Esq.
                                             Counsel for Defendant JORGE MENDOZA
8

9                                   **ORDER**

10      Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY

11 ORDERED THAT the status hearing in this case be rescheduled from April 19, 2012, at 9:00

12 a.m. to May 10, 2012 at 9:00 a.m.

13      Based upon the representation of counsel and for good cause shown, the Court finds that

14 failing to exclude the time from April 19, 2012, through May 10, 2012, would unreasonably

15 deny the defendant continuity of counsel and would deny counsel the reasonable time necessary

16 for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §

17 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time

18 from April 19, 2012, through May 10, 2012, from computation under the Speedy Trial Act

19 outweigh the best interests of the public and the defendant in a speedy trial.

20      Therefore, IT IS HEREBY FURTHER ORDERED that the time between April 19, 2012

21 and May 10, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §

22 3161(h)(7)(A) and (B)(iv).

23 IT IS SO ORDERED.

24 DATED: 4/18/12                             _____
                                              THE HONORABLE D. LOWELL JENSEN
25                                            Senior United States District Judge

26

27

28

*US v. Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing