MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408)-535-5065
  Fax: (408)-535-5066
  E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>JORGE MENDOZA ,<br>    Defendant. | No. 10-CR-00822-DLJ<br><br>STIPULATION AND []<br>ORDER CHANGING STATUS HEARING<br>FROM LWP G'36.'4234, AT 9:00 A.M TO<br>JUN[ "3; , 2012 AT 9:00 A.M. AND<br>EXCLUDING TIME FROM JUNE 14,<br>2012 TO JULY 19, 2012 |

    The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently have scheduled before this Court a status hearing on June 14, 2012, at 9:00 a.m.  The parties request that the status hearing be rescheduled to July 19, 2012 at 9:00 a.m., and that a time exclusion order be issued that would exclude time under the Speedy Trial Act from June 14, 2012 to July 19, 2012, to permit the parties the reasonable time necessary for effective

////

////

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing

1  preparation and continuity of counsel.

2  DATED: June 12, 2012                    MELINDA HAAG
                                            United States Attorney

4                                           _____/s/_____
                                            Thomas A. Colthurst
5                                           Assistant United States Attorney

7                                           _____/s/_____
                                            Robert W. Lyons, Esq.
                                            Counsel for Defendant JORGE MENDOZA

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED THAT the status hearing in this case be rescheduled from June 14, 2012, at 9:00 a.m. to July 19, 2012 at 9:00 a.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time from June 14, 2012, through July 19, 2012, would unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from June 14, 2012, through July 19, 2012, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between June 14, 2012 and July 19, 2012, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: Î⌐Œ⌐G

                                            _____
                                            THE HONORABLE D. LOWELL JENSEN
                                            Senior United States District Judge

*US v. Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing