1   MELINDA HAAG (CABN 132612)
    United States Attorney
2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   THOMAS A. COLTHURST (CABN 99493)                    ÒÒÒÒÒÒÒÒÒÒÒÒÒÒ
    Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95113
        Telephone: (408)-535-5065
7       Fax: (408)-535-5066
        E-Mail: tom.colthurst@usdoj.gov
8
    Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14   UNITED STATES OF AMERICA,        )      No. 10-CR-00822-DLJ
                                       )
15           Plaintiff,                )      STIPULATION AND []
         v.                            )      ORDER CHANGING STATUS HEARING
16                                     )      FROM JULY 19, 2012, AT 9:00 A.M TO
     JORGE MENDOZA ,                   )      AUGUST 23, 2012 AT 9:00 A.M. AND
17                                     )      EXCLUDING TIME FROM JULY 19,
             Defendant.                )      2012 TO AUGUST 23, 2012
18   _____)

19

20

21          The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., and the

22   government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently

23   have scheduled before this Court a status hearing on July 19, 2012, at 9:00 a.m.  The parties

24   request that the status hearing be rescheduled to August 23, 2012 at 9:00 a.m., and that a time

25   exclusion order be issued that would exclude time under the Speedy Trial Act from July 19, 2012

26   to August 23, 2012, to permit the parties the reasonable time necessary for effective

27   ////

28   ////

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing

1  preparation and continuity of counsel.

2   DATED: July 16, 2012                    MELINDA HAAG
                                            United States Attorney

3

4                                           _____/s/_____
                                            Thomas A. Colthurst
5                                           Assistant United States Attorney

6

7                                           _____/s/_____
                                            Robert W. Lyons, Esq.
                                            Counsel for Defendant JORGE MENDOZA
8

9                           **<u>ORDER</u>**

10          Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY

11  ORDERED THAT the status hearing in this case be rescheduled from July 19, 2012, at 9:00 a.m.

12  to August 23, 2012 at 9:00 a.m.

13          Based upon the representation of counsel and for good cause shown, the Court finds that

14  failing to exclude the time from July 19, 2012, through  August 23, 2012, would unreasonably

15  deny the defendant continuity of counsel and would deny counsel the reasonable time necessary

16  for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §

17  3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time

18  from July 19, 2012, through  August 23, 2012, from computation under the Speedy Trial Act

19  outweigh the best interests of the public and the defendant in a speedy trial.

20          Therefore, IT IS HEREBY FURTHER ORDERED that the time between July 19, 2012

21  and August 23, 2012, shall be excluded from computation under the Speedy Trial Act.  18

22  U.S.C. § 3161(h)(7)(A) and (B)(iv).

23  IT IS SO ORDERED.

24  DATED: Ï ÐÑ ÐÒG
                                            _____
25                                          THE HONORABLE D. LOWELL JENSEN
                                            Senior United States District Judge

26

27

28

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing