1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney                    ᴱᴼᴱᵅᴼᴷᴼᴼᴬᴬᴱᴱᴱᴱᴳᴱ
5
     150 Almaden Boulevard, Suite 900
6    San Jose, California 95113
     Telephone: (408)-535-5065
7    Fax: (408)-535-5066
     E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                         SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,          )   No. 10-CR-00822-DLJ
                                        )
15        Plaintiff,                    )   STIPULATION AND []
        v.                              )   ORDER CHANGING STATUS HEARING
16                                      )   FROM OCTOBER 11, 2012, AT 9:00 A.M
    JORGE MENDOZA ,                     )   TO NOVEMBER 1, 2012 AT 9:00 A.M.
17                                      )   AND  EXCLUDING TIME FROM
          Defendant.                    )   OCTOBER 11, 2012 TO NOVEMBER 1,
18  _____ )   2012

19

20

21        The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., and the

22  government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently

23  have scheduled before this Court a status hearing on October 11, 2012, at 9:00 a.m.  The parties

24  request that the status hearing be rescheduled to November 1, 2012 at 9:00 a.m., and that a time

25  exclusion order be issued that would exclude time under the Speedy Trial Act from October 11,

26  2012 to November 1, 2012, to permit the parties the reasonable time necessary for effective

27  ////

28  ////

    *US v.Mendoza.,* 10-CR-00822-DLJ
    Stipulation and [] Order re Status Hearing

1  preparation and continuity of counsel.

2  DATED: October 9, 2012                    MELINDA HAAG
                                             United States Attorney
3

4                                            _____/s/_____
                                             Thomas A. Colthurst
5                                            Assistant United States Attorney

6
                                             _____/s/_____
7                                            Robert W. Lyons, Esq.
                                             Counsel for Defendant JORGE MENDOZA
8

9                                    **ORDER**

10       Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY

11  ORDERED THAT the status hearing in this case be rescheduled from October 11, 2012, at 9:00

12  a.m. to November 1, 2012 at 9:00 a.m.

13       Based upon the representation of counsel and for good cause shown, the Court finds that

14  failing to exclude the time from October 11, 2012, through  November 1, 2012, would

15  unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable

16  time necessary for effective preparation, taking into account the exercise of due diligence.  18

17  U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding

18  the time  from October 11, 2012, through  November 1, 2012, from computation under the

19  Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

20       Therefore, IT IS HEREBY FURTHER ORDERED that the time between October 11,

21  2012 and November 1, 2012, shall be excluded from computation under the Speedy Trial Act.

22  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

23  IT IS SO ORDERED.

24  DATED: FⅇꞭꝪG                             _____
                                             THE HONORABLE D. LOWELL JENSEN
25                                           Senior United States District Judge

26

27

28

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing