1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   THOMAS A. COLTHURST (CABN 99493)
5  Assistant United States Attorney

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408)-535-5065
      Fax: (408)-535-5066
8     E-Mail: tom.colthurst@usdoj.gov

9  Attorneys for United States of America

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,        )   No. 10-CR-00822-DLJ
                                    )
15        Plaintiff,                )   STIPULATION AND [PROPOSED]
          v.                        )   ORDER CHANGING STATUS HEARING
16                                  )   FROM NOVEMBER 29, 2012, AT 9:00
   JORGE MENDOZA ,                  )   A.M TO DECEMBER 20, 2012 AT 9:00
17                                  )   A.M. AND  EXCLUDING TIME FROM
          Defendant.                )   NOVEMBER 29, 2012 TO DECEMBER
18 _____  )   20, 2012

19

20
          The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., and the
21
   government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently
22
   have scheduled before this Court a status hearing on November 29, 2012, at 9:00 a.m.  The
23
   parties request that the status hearing be rescheduled to December 20, 2012 at 9:00 a.m., and that
24
   a time exclusion order be issued that would exclude time under the Speedy Trial Act from
25
   November 29, 2012 to December 20, 2012, to permit the parties the reasonable time necessary
26
   ////
27
   ////
28

   *US v.Mendoza.,* 10-CR-00822-DLJ
   Stipulation and [Proposed] Order re Status Hearing

1    for effective preparation and continuity of counsel.

2

3    DATED:  November 28, 2012          MELINDA HAAG
                                                     United States Attorney

4

5                                                      /s/
                                                     Thomas A. Colthurst

6                                                     Assistant United States Attorney

7

8                                                     /s/
                                                    Robert W. Lyons, Esq.
                                                    Counsel for Defendant JORGE MENDOZA

9

10                                       **ORDER**

11         Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY

12 ORDERED THAT the status hearing in this case be rescheduled from November 29, 2012, at

13 9:00 a.m. to December 20, 2012 at 9:00 a.m.

14         Based upon the representation of counsel and for good cause shown, the Court finds that

15 failing to exclude the time from November 29, 2012, through December 20, 2012, would

16 unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable

17 time necessary for effective preparation, taking into account the exercise of due diligence.  18

18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding

19 the time from November 29, 2012, through December 20, 2012, from computation under the

20 Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

21         Therefore, IT IS HEREBY FURTHER ORDERED that the time between November 29,

22 2012, and December 20, 2012, shall be excluded from computation under the Speedy Trial Act.

23 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

24 IT IS SO ORDERED.

25 DATED: FFFECÌFFG                               _____

26                                                THE HONORABLE D. LOWELL JENSEN
                                               Senior United States District Judge

27

28

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [Proposed] Order re Status Hearing