1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  THOMAS A. COLTHURST (CABN 99493)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, California 95113
      Telephone: (408)-535-5065
7     Fax: (408)-535-5066
      E-Mail: tom.colthurst@usdoj.gov
8
   Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,        ) No. 10-CR-00822-DLJ
                                      )
15 |     Plaintiff,                   ) STIPULATION AND []
          v.                          ) ORDER CHANGING STATUS HEARING
16 |                                  ) FROM JANUARY 29, 2013, AT 9:00 A.M
   JORGE MENDOZA ,                    ) TO FEBRUARY 28, 2013 AT 9:00 A.M.
17 |                                  ) AND  EXCLUDING TIME FROM
         Defendant.                   ) JANUARY 29, 2013 TO FEBRUARY 28,
18 |_____ ) 2013

19

20      The defendant Jorge Mendoza, represented by Robert W. Lyons, Esq., and the

21 government, represented by Thomas A. Colthurst, Assistant United States Attorney, currently

22 have scheduled before this Court a status hearing on January 29, 2013, at 9:00 a.m.  The parties

23 request that the status hearing be rescheduled to February 28, 2013 at 9:00 a.m., and that a time

24 exclusion order be issued that would exclude time under the Speedy Trial Act from January 29,

25 2013 to February 28, 2013, to permit the parties the reasonable time necessary

26 for effective preparation and continuity of counsel.

27      In support of this request, the parties state the following:  More time is needed to resolve

28 the potential conflict of representation issues that have arisen.  Another attorney has been

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [] Order re Status Hearing

1 engaged to assist in this process, and a proposed order has been presented to the Court to
2 facilitate this attorney's ability to visit the defendant in jail.  Also counsel for the defendant has a
3 schedule conflict on that date concerning a case in another district.

4  DATED:  January 25, 2013                    MELINDA HAAG
                                                United States Attorney

6                                                  _____/s/_____
                                                Thomas A. Colthurst
7                                               Assistant United States Attorney

9                                                  _____/s/_____
                                                Robert W. Lyons, Esq.
                                                Counsel for Defendant JORGE MENDOZA

11                                    **ORDER**

12      Based upon the stipulation of the parties, and for good cause shown, IT IS HEREBY
13 ORDERED THAT the status hearing in this case be rescheduled from January 29, 2013, at 9:00
14 a.m. to February 28, 2013 at 9:00 a.m.
15      Based upon the representation of counsel and for good cause shown, the Court finds that
16 failing to exclude the time from January 29, 2013, through  February 28, 2013, would
17 unreasonably deny the defendant continuity of counsel and would deny counsel the reasonable
18 time necessary for effective preparation, taking into account the exercise of due diligence.  18
19 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding
20 the time  from January 29, 2013, through  February 28, 2013, from computation under the
21 Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.
22      Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 29,
23 2013, and February 28, 2013, shall be excluded from computation under the Speedy Trial Act.
24 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).
25 IT IS SO ORDERED.
26 DATED:   FEBJEFH

                                                _____
27                                              THE HONORABLE D. LOWELL JENSEN
                                                Senior United States District Judge

*US v.Mendoza.,* 10-CR-00822-DLJ
Stipulation and [d] Order re Status Hearing